# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARLON WASHINGTON

VERSUS

SERGEANT TERRY LEE WILSON;
AND STATE OF LOUISIANA
THROUGH LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENITENTIARY

CONSOLIDATED WITH

WENDELL MARTIN

VERSUS

SERGEANT TERRY LEE WILSON;
AND STATE OF LOUISIANA
THROUGH LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PRISON

NO.  2021 CW 0621

**AUGUST 16, 2021**

---

In Re:    Sergeant Terry Lee Wilson and the State of Louisiana,
          through the Department of Public Safety and
          Corrections, Louisiana State Penitentiary, applying
          for supervisory writs, 20th Judicial District Court,
          Parish of West Feliciana, No. 23655 c/w 23750.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT